UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 17-24478-CIV-MARTINEZ-OTAZO-REYES

MIAMI BEACH HOSPITALITY, LLC, D/B/A
THE DEAUVILLE BEACH RESORT and
BELINDA MERUELO, individually,

    Plaintiffs,

vs.

ELAVON, INC.,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION

THIS CAUSE came before the Court upon a *sua sponte* review of the record. Defendant Elavon, Inc., ("Defendant"), filed Defendant's Motion to Compel Arbitration [ECF. No. 13] on January 24, 2018. Pursuant to the Local Rules, "each party opposing a motion shall serve an opposing memorandum of law not later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c). To date, the record reflects Plaintiffs have failed to respond to Defendant's Motion, nor have they sought an extension of time to do so. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that:

    1.    Defendant's Motion to Compel Arbitration [ECF. No. 13] is **GRANTED** by default. The motion is granted in that the Court compels the arbitration sought by Defendant.

    2.    The Clerk is DIRECTED to mark this case as **ADMINISTRATIVELY CLOSED**. This shall not affect the substantive rights of the parties. If appropriate, the parties may move to reopen this case at the conclusion of arbitration.

- 2 -

      3.    All pending motions, not otherwise ruled on, are **DENIED as MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of April, 2018.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record